IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| KRIESTA L. WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:14-cv-00022 |
| | ) | |
| SHENANDOAH UNIVERSITY, *et al.*, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is ORDERED that:

1. The May 28, 2015 report and recommendation by the magistrate judge is ADOPTED IN PART and REJECTED IN PART, as set forth in the opinion;

2. Defendants' motions to dismiss are GRANTED IN PART and DENIED IN PART (Dkt. Nos. 13, 33);

3. All of the individual defendants are DISMISSED WITH PREJUDICE from this action, both because they were not properly served, and because the complaint fails to state any timely claim against them;

4. Plaintiff's claims against all defendants are DISMISSED WITH PREJUDICE as time-barred, with the exception of plaintiff's Title VII claims of race discrimination, gender discrimination, and retaliation against Shenandoah University and its Board of Trustees.

5. Plaintiff's claims for discrimination based on gender and for retaliation under Title VII are DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 12(b)(6); and

6. Plaintiff's motions for various relief are DENIED (Dkt. Nos. 42–44, 46).

1

As a result of these rulings, the only remaining claim in the case is plaintiff's Title VII claim of race discrimination asserted against Shenandoah University and its Board of Trustees.

The clerk is directed to send a copy of this order and the accompanying memorandum opinion to all counsel of record and directly to Dr. Watson at her address of record.

Entered: September 24, 2015.

*Elizabeth K. Dillon*
United States District Judge